No. 658, Misc. CEPERO *v.* PAN AMERICAN AIRWAYS, INC. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Robert C. Barnard* for respondent.

No. 663, Misc. CARTER *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 667, Misc. TUCKER *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 669, Misc. COWAN *v.* ILLINOIS. Circuit Court of Will County, Illinois. Certiorari denied.

No. 697, Misc. DAVIS *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied.

No. 698, Misc. HICKS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 699, Misc. TANNER *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 587. UNITED STATES *v.* HALEY, 358 U. S. 644;

No. 707. BEITER *v.* ERB ET AL., *ante,* p. 953;

No. 511, Misc. GILLIAM *v.* UNITED STATES, *ante,* p. 947;

No. 525, Misc. CLINTON *v.* UNITED STATES, *ante,* p. 948;

No. 538, Misc. COLLINS *v.* ILLINOIS, *ante,* p. 954; and

No. 588, Misc. GRANT *v.* UNITED STATES, *ante,* p. 955. Petitions for rehearing denied.